APR 2 1 2005

Clerk, U
W. Dist. of N.C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No: 3:02CV201-MU

| | |
|---|---|
| EFUEL, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> **INTERMODAL TRANSPORTATION SERVICES, INC.** <br><br> **Defendant.** | **ORDER CONFIRMING ARBITRATION AWARD** |

This matter comes before the Court on the motion of Defendant Intermodal Transportation Services, Inc. (now known as SGS Automotive Services, Inc.)("SGS") for entry of an order confirming the Arbitration Award rendered in its favor on April 7, 2005 against Plaintiff eFuel, Inc. ("eFuel"), which award is made a part hereof by reference.

**NOW, THEREFORE,** it is ordered that the Arbitration Award rendered in American Arbitration Association proceeding No. 31 181 Y 00066 02, *Intermodal Transportation Services, Inc. and eFuel, Inc.*, be, and hereby is, confirmed in all respects, and that judgment be entered in conformity therewith, with eFuel required to pay SGS $450,000, plus interest at the North Carolina statutory rate from and after April 7, 2005.

This _____ day of May, 2005.

Graham C. Mullen
Chief United States District Court Judge

C-928075v1 16505.00011