# United States District Court
# For The Western District of North Carolina
# Charlotte Division

EFUEL INC,

      Plaintiff(s),

vs.

INTERMODAL TRANSPORTATION SERVICES INC,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

3:02-cv-201

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/11/05 Order.

May 13, 2005

FRANK G. JOHNS, CLERK

BY: *(signature)*

Betsy Wallace, Deputy Clerk